HENRY LEDER, Respondent, *v.* CHARLES A. HARNETT, Commissioner of Motor Vehicles, Appellant.

(Argued January 6, 1930; decided January 17, 1930.)

*Hamilton Ward, Attorney-General (Robert P. Beyer* of counsel), for appellant.

*Nathan Epstein* and *Alfred J. Gilchrist* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.